■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSWALD COX, Appellant. [631 NYS2d 274] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, McCarthy, J.—Attempted Burglary, 2nd Degree.) Present—Lawton, J. P., Wesley, Doerr, Davis and Boehm, JJ.